```
____ FILED      ___ ENTERED
____ LOGGED    _____ RECEIVED
```

3:52 pm, Jan 26 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

vs.

**Amber Naylor**

Case No. 24-mj-00193-ADC

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Michael DeMartin__, and the Government was represented by Assistant United States Attorney __LaRai Everett__, it is

**ORDERED,** this __26th__ day of __January__, __2024__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
A. David Copperthite
United States Magistrate Judge